Monthly Operating Report
CASH BASIS

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |
| JUDGE: | Mark X. Mullin |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN & EASTERN DISTRICTS OF TEXAS
## REGION 6
## MONTHLY OPERATING REPORT

MONTH ENDING: __30-Nov__  __2019__
                           MONTH      YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature: Linda Hunt]_                                      Partner
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY           TITLE

Linda Hunt                                                         12-17-19
PRINTED NAME OF RESPONSIBLE PARTY                    DATE

PREPARER:

                                                                            CPA
ORIGINAL SIGNATURE OF PREPARER                           TITLE

Ryan Cannedy
PRINTED NAME OF PREPARER                                              DATE

Monthly Operating Report
CASH BASIS

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |
| JUDGE: | Mark X. Mullin |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

MONTH ENDING: __30-Nov__    __2019__
                    MONTH         YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____    Partner
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY              TITLE

Linda Hunt
_____    _____
PRINTED NAME OF RESPONSIBLE PARTY                    DATE


PREPARER:

_[signature]_                                         CPA
ORIGINAL SIGNATURE OF PREPARER                       TITLE

Ryan Cannedy                                         12-10-19
_____    _____
PRINTED NAME OF PREPARER                             DATE

**Monthly Operating Report**
**CASH BASIS-1**

| CASE NAME: | Exchange Avenue Production Co. | | | | |
|---|---|---|---|---|---|
| CASE NUMBER: | 17-44107-mxm11 | | | | |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jul-19 | MONTH Aug-19 | MONTH Sep-19 | MONTH Oct-19 | MONTH Nov-19 |
|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 422,485.19 | $ 421,171.28 | $ 420,840.04 | $ 430,011.83 | $ 443,493.75 |
| **RECEIPTS** | | | | | |
| 2. CASH SALES | $ 16,022.62 | $ 5,080.87 | $ 15,421.83 | $ 20,501.64 | $ 8,652.15 |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | | |
| 4. LOANS AND ADVANCES | | | | | |
| 5. SALE OF ASSETS | | | | | |
| 6. LEASE & RENTAL INCOME | | | | | |
| 7. WAGES | | | | | |
| 8. OTHER (ATTACH LIST) | | | | | $ 233.88 |
| 9. TOTAL RECEIPTS | $ 16,022.62 | $ 5,080.87 | $ 15,421.83 | $ 20,501.64 | $ 8,886.03 |
| **DISBURSEMENTS** | | | | | |
| 10. NET PAYROLL | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| 11. PAYROLL TAXES PAID | | | | | |
| 12. SALES,USE & OTHER TAXES PAID | | | | | |
| 13. INVENTORY PURCHASES | | | | | |
| 14. MORTAGE PAYMENTS | | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | | $ 600.00 |
| 17. UTILITIES | $ 457.68 | $ 469.26 | $ 253.09 | $ 234.82 | $ 234.82 |
| 18. INSURANCE | $ 398.00 | $ 398.00 | $ 398.00 | $ 398.00 | $ 398.00 |
| 19. VEHICLE EXPENSES | | | | | |
| 20. TRAVEL | | | | | |
| 21. ENTERTAINMENT | | | | | |
| 22. REPAIRS & MAINTENANCE | $ 1,790.85 | $ 2,522.85 | $ 3,210.29 | $ 2,481.90 | $ 1,430.85 |
| 23. SUPPLIES | | $ 22.00 | $ 383.66 | | $ 11.00 |
| 24. ADVERTISING | | | | | |
| 25. HOUSEHOLD EXPENSES | | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | | |
| 27. GIFTS | | | | | |
| 28. OTHER (ATTACH LIST) | $ 1,340.00 | | $ 5.00 | $ 1,255.00 | $ 5.00 |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 5,986.53 | $ 5,412.11 | $ 6,250.04 | $ 6,369.72 | $ 4,679.67 |
| **REORGANIZATION EXPENSES** | | | | | |
| 30. PROFESSIONAL FEES | $ 10,700.00 | | | | |
| 31. U.S. TRUSTEE FEES | $ 650.00 | | | $ 650.00 | |
| 32. OTHER (ATTACH LIST) | | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ 11,350.00 | $ - | $ - | $ 650.00 | $ - |
| 34. TOTAL DISBURSEMENTS | $ 17,336.53 | $ 5,412.11 | $ 6,250.04 | $ 7,019.72 | $ 4,679.67 |
| 35. NET CASH FLOW | $ (1,313.91) | $ (331.24) | $ 9,171.79 | $ 13,481.92 | $ 4,206.36 |
| 36. CASH - END OF MONTH | $ 421,171.28 | $ 420,840.04 | $ 430,011.83 | $ 443,493.75 | $ 447,700.11 |

Page 1, Line 8 - Other

|  | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 |
|---|---:|---:|---:|---:|---:|
| Interest earned - CD | 0.00 | 0.00 | 0.00 | 0.00 | 233.88 |
| Interest earned - Money Market | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest earned - Partners Account | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Refund - eLynx Technologies, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividend - Bitco General Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | 233.88 |

Page 1, Line 28 - Other

|  | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 |
|---|---:|---:|---:|---:|---:|
| Community Bank CD Fee | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 |
| Conley Printing Co. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ETC Field Service, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Frost Bank | 5.00 | 0.00 | 5.00 | 5.00 | 5.00 |
| Prosperity Bank Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Railroad Commission Fee | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 |
| WP Software Consultants, LLC | 1,335.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 1,340.00 | 0.00 | 5.00 | 1,255.00 | 5.00 |

# Monthly Operating Report
**CASH BASIS-1A**

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |

**CASH DISBURSEMENTS DETAIL**        MONTH: Nov-19

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL CASH DISBURSEMENTS** |  |  | $ - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 14636 | 11/04/19 | Linda C. Hunt | Salary & Postage | $ 2,011.00 |
| 14637 | 11/04/19 | Whitt Pumping Service | Monthly Service | $ 1,000.00 |
| 14638 | 11/11/19 | Toby W. Morton | Pipe Yard Rental | $ 600.00 |
| 14639 | 11/16/19 | Watson Report Service | Consulting Service | $ 175.00 |
| 14640 | 11/16/19 | Catalyst Oilfield Services | Repairs & Maint. | $ 255.85 |
| 14641 | 11/25/19 | TXU Energy | Utilities | $ 234.82 |
| 14642 | 11/25/19 | Metlife | Insurance | $ 398.00 |
| N/A | 10/21/19 | Frost Bank | Bank Fees | $ 5.00 |
| | | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | $ 4,679.67 |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | $ 4,679.67 |
|---|---|

**Monthly Operating Report**
**CASH BASIS-2**

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |

| BANK RECONCILIATIONS | CLOSED Acct #1 | CLOSED Acct #2 | CLOSED Acct #3 | CLOSED Acct #4 | Acct #5 | TOTAL |
|---|---|---|---|---|---|---|
| A. BANK: | Prosperity | Prosperity | Prosperity | Community | Frost | |
| B. ACCOUNT NUMBER: | 4171 | 3922 | 0357 | 3616 | 7100 | |
| C. PURPOSE (TYPE): | Checking | Checking | Checking | Checking | Checking | |
| 1. BALANCE PER BANK STATEMENT | $ - | $ - | $ - | $ - | $ 422,111.99 | $ 422,111.99 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | | | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | | | | | $ 632.82 | $ 632.82 |
| 4. OTHER RECONCILING ITEMS | | | | | | $ - |
| **5. MONTH END BALANCE PER BOOKS** | $ - | $ - | $ - | $ - | $ 421,479.17 | $ 421,479.17 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | | 14642 | |

| INVESTMENT ACCOUNTS | | | | | | |
|---|---|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | | | CURRENT VALUE |
| 7. Community National Reg 12 Mo, xxx0573 | | CD | $ 25,000.00 | | | $ 26,220.94 |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. TOTAL INVESTMENTS | | | $ 25,000.00 | | | $ 26,220.94 |

**CASH**

| 12. CURRENCY ON HAND | | | | | | $ - |
|---|---|---|---|---|---|---|
| **13. TOTAL CASH - END OF MONTH** | | | | | | $ 447,700.11 |

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH Jul-19 | MONTH Aug-19 | MONTH Sep-19 | MONTH Oct-19 | MONTH Nov-19 |
|---|---|---|---|---|---|---|
| Winkler Deep Prospect | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ - | $ - | $ - | $ - | $ - | $ - |
| **SCHEDULE "B" PERSONAL PROPERTY** | | | | | | |
| 1. CASH ON HAND | | | | | | |
| 2. CHECKING, SAVINGS, ETC. | $ 204,314.77 | $ 421,171.28 | $ 420,840.04 | $ 430,011.83 | $ 443,493.75 | $ 447,700.11 |
| 3. SECURITY DEPOSITS | | | | | | |
| 4. HOUSEHOLD GOODS | | | | | | |
| 5. BOOKS, PICTURES, ART | | | | | | |
| 6. WEARING APPAREL | | | | | | |
| 7. FURS AND JEWELRY | | | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | | | |
| 9. INSURANCE POLICIES | | | | | | |
| 10. ANNUITIES | | | | | | |
| 11. EDUCATION | | | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | | | |
| 13. STOCKS | | | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | | | |
| 16. ACCOUNTS RECEIVABLE | | | | | | |
| 17. ALIMONY | | | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | | | |
| 19. EQUITABLE INTERESTS | | | | | | |
| 20. CONTINGENT INTERESTS | | | | | | |
| 21. OTHER CLAIMS | | | | | | |
| 22. PATENTS & COPYRIGHTS | | | | | | |
| 23. LICENSES & FRANCHISES | | | | | | |
| 24. CUSTOMER LISTS | | | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | $ 60,614.43 | $ 60,614.43 | $ 60,614.43 | $ 60,614.43 | $ 60,614.43 | $ 60,614.43 |
| 26. BOATS & MOTORS | | | | | | |
| 27. AIRCRAFT | | | | | | |
| 28. OFFICE EQUIPMENT | $ 7,047.08 | $ 7,047.08 | $ 7,047.08 | $ 7,047.08 | $ 7,047.08 | $ 7,047.08 |
| 29. MACHINERY, FIXTURES & EQUIPMENT | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown |
| 30. INVENTORY | | | | | | |
| 31. ANIMALS | | | | | | |
| 32. CROPS | | | | | | |
| 33. FARMING EQUIPMENT | | | | | | |
| 34. FARM SUPPLIES | | | | | | |
| 35. OTHER (ATTACH LIST) | | | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ 271,976.28 | $ 488,832.79 | $ 488,501.55 | $ 497,673.34 | $ 511,155.26 | $ 515,361.62 |
| 37. TOTAL ASSETS | $ 271,976.28 | $ 488,832.79 | $ 488,501.55 | $ 497,673.34 | $ 511,155.26 | $ 515,361.62 |

**Monthly Operating Report**
**CASH BASIS-4**

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |

MONTH: Nov-19

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | $ 362,680.47 | $ 500.00 |
| 2. PRIORITY | $ 16,650.64 | |
| 3. UNSECURED | $ 875,157.29 | $ 487.13 |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 1,254,488.40 | $ 987.13 |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. Various mineral interest owners - 2018 oil & gas sales | 2018 | $ 263,346.47 | 12/31/18 | $ 263,346.47 |
| 8. Texas Comptroller - 2018 production taxes | 2018 | $ 58,191.89 | 12/31/18 | $ 58,191.89 |
| 9. Various mineral interest owners - oil & gas sales | 2019 | $ 17,399.00 | 01/31/19 | $ 17,399.00 |
| 10. Texas Comptroller - production tax | 2019 | $ 3,844.68 | 01/31/19 | $ 3,844.68 |
| 11. Various mineral interest owners - oil & gas sales | 2019 | $ 29,042.49 | 03/31/19 | $ 29,042.49 |
| 12. Texas Comptroller - production tax | 2019 | $ 6,417.54 | 03/31/19 | $ 6,417.54 |
| 13. Various mineral interest owners - oil & gas sales | 2019 | $ 12,499.23 | 04/30/19 | $ 12,499.23 |
| 14. Texas Comptroller - production tax | 2019 | $ 2,761.96 | 04/30/19 | $ 2,761.96 |
| 15. Various mineral interest owners - oil & gas sales | 2019 | $ 8,665.52 | 05/31/19 | $ 8,665.52 |
| 16. Texas Comptroller - production tax | 2019 | $ 1,914.82 | 05/31/19 | $ 1,914.82 |
| 17. Various mineral interest owners - oil & gas sales | 2019 | $ 10,925.57 | 06/30/19 | $ 10,925.57 |
| 18. Texas Comptroller - production tax | 2019 | $ 2,414.23 | 06/30/19 | $ 2,414.23 |
| 19. Various mineral interest owners - oil & gas sales | 2019 | $ 8,860.74 | 07/31/19 | $ 8,860.74 |
| 20. Texas Comptroller - production tax | 2019 | $ 1,957.96 | 07/31/19 | $ 1,957.96 |
| 21. Various mineral interest owners - oil & gas sales | 2019 | $ 2,809.79 | 08/31/19 | $ 2,809.79 |
| 22. Texas Comptroller - production tax | 2019 | $ 620.88 | 08/31/19 | $ 620.88 |
| 23. Various mineral interest owners - oil & gas sales | 2019 | $ 8,528.49 | 09/30/19 | $ 8,528.49 |
| 24. Texas Comptroller - production tax | 2019 | $ 1,884.55 | 09/30/19 | $ 1,884.55 |
| 25. Various mineral interest owners - oil & gas sales | 2019 | $ 11,337.70 | 10/31/19 | $ 11,337.70 |
| 26. Texas Comptroller - production tax | 2019 | $ 2,505.30 | 10/31/19 | $ 2,505.30 |
| 27. Various mineral interest owners - oil & gas sales | 2019 | $ 4,784.76 | 11/30/19 | |
| 28. Texas Comptroller - production tax | 2019 | $ 1,057.29 | 11/30/19 | |
| 29. | | | | |
| 30. | | | | |
| 31. (IF ADDITIONAL ATTACH LIST) | | | | |
| 32. TOTAL OF LINES 7 - 29 | | $ 461,770.86 | | $ 455,928.81 |
| 33. TOTAL POSTPETITION LIABILITIES | | $ 461,770.86 | | $ 455,928.81 |

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |

MONTH: Nov-19

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | $ - | | | |
| 2. 31 - 60 | $ - | | | |
| 3. 61 - 90 | $ - | | | |
| 4. 91 + | $ - | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | $ - | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ - | $ - | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| TAXES PAYABLE | | | | |
| 1. FEDERAL | | | $ 16,638.94 | $ 16,638.94 |
| 2. STATE | $ 1,057.29 | $ 2,505.30 | $ 80,020.21 | $ 83,582.80 |
| 3. LOCAL | | | | $ - |
| 4. OTHER (ATTACH LIST) | | | | $ - |
| 5. TOTAL TAXES PAYABLE | $ 1,057.29 | $ 2,505.30 | $ 96,659.15 | $ 100,221.74 |
| 6. ACCOUNTS PAYABLE | | | | $ - |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | $ 7,076.00 | | | $ 7,076.00 |
| 2. FICA-EMPLOYEE | $ 9,555.74 | | | $ 9,555.74 |
| 3. FICA-EMPLOYER | | | | $ - |
| 4. UNEMPLOYMENT | $ 7.20 | | | $ 7.20 |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | $ 16,638.94 | | | $ 16,638.94 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | $ 82,513.81 | $ 1,057.29 | | $ 83,571.10 |
| 11. UNEMPLOYMENT | $ 11.70 | | | $ 11.70 |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ 82,525.51 | $ 1,057.29 | $ - | $ 83,582.80 |
| 16. TOTAL TAXES | $ 99,164.45 | $ 1,057.29 | $ - | $ 100,221.74 |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |

MONTH: Nov-19

PAYMENTS TO INSIDERS AND PROFESSIONALS

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|---|---|---|---|
| 1. Linda C. Hunt | Salary | $ 2,000.00 | $ 49,858.37 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ 2,000.00 | $ 49,858.37 |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1. Freemon, Shapard & Story | 04/30/18 | $ 67,967.25 | $ 67,967.25 | $ 67,967.25 | $ |
| 2. Forshey & Prostok, LLP | 04/30/18 | $ 140,558.65 | $ 140,558.65 | $ 140,558.65 | $ |
| 3. Kelly Hart & Hallman, LLP | | | $ 20,000.00 | $ 20,000.00 | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ 208,525.90 | $ 228,525.90 | $ 228,525.90 | $ - |

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-6**

| CASE NAME: | Exchange Avenue Production Co. |
|---|---|
| CASE NUMBER: | 17-44107-mxm11 |

MONTH: Nov-19

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | x |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | x |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | x |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | x | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | x |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | x |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | x |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | x |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | x |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | x |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | x |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | x |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM.  ATTACH ADDITIONAL SHEETS IF NECESSARY.
Payments were made on prepetition liabilities in October 2017 only.  None have been made since.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | x |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | x |
| 3. PLEASE ITEMIZE POLICIES BELOW | | x |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW.  ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |



**Frost**

P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

FOR INFORMATION CALL
1 800 513 7678

STATEMENT ISSUED
11-29-2019

00001211-TDFRST02003900030645-LETTER01_1OZ-000000 REG

Page 1 of 3

EXCHANGE AVENUE PRODUCTION CO
DEBTOR IN POSSESSION
CASE NO 17 44107 MXM11
310 MOCKINGBIRD LN
WEATHERFORD TX 76086

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help. Contact Customer Service at (888) 481-0336 to get started.

### FROST BUSINESS CHECKING : ACCOUNT NO. 7100

| BALANCE LAST STATEMENT | DEPOSITS NO. | AMOUNT | WITHDRAWALS NO. | AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 419,542.56 | 1 | 8,652.15 | 8 | 6,082.72 | 422,111.99 |

Activity Items Processed        8                           Cash Processed      $0.00

---------------------------------------- DEPOSITS/CREDITS ----------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-20 | 8,652.15 | WIRE TRANSFER | FROST BANK    BOOK CDT    00718 |

---------------------------------------- CHECKS PAID ----------------------------------------

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11-04 | 14632 # | 234.82 | 11-07 | 14636 # | 2,011.00 | 11-21 | 14639 # | 175.00 |
| 11-05 | 14633 # | 1,051.05 | 11-12 | 14637 # | 1,000.00 | 11-18 | 14640 # | 255.85 |
| 11-05 | 14635 * # | 750.00 | 11-15 | 14638 # | 600.00 | | | |

\* A BREAK IN CHECK NUMBER SEQUENCE
\# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

---------------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-20 | 5.00 | WIRE TRANSFER CHARGE | FROST BANK    BOOK CDT    00718 |

---------------------------------------- DAILY BALANCE ----------------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10-31 | 419,542.56 | 11-07 | 415,495.69 | 11-18 | 413,639.84 |
| 11-04 | 419,307.74 | 11-12 | 414,495.69 | 11-20 | 422,286.99 |
| 11-05 | 417,506.69 | 11-15 | 413,895.69 | 11-21 | 422,111.99 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.



**Frost**
P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

FOR INFORMATION CALL
1 800 543 7878

STATEMENT ISSUED
11-29-2019

Page 3 of 3

**EXCHANGE AVENUE PRODUCTION CO**

11/04/19 #14632 $234.82

11/05/19 #14633 $1,051.05

11/05/19 #14635 $750.00

11/07/19 #14636 $2,011.00

11/12/19 #14637 $1,000.00

11/15/19 #14638 $600.00

11/21/19 #14639 $175.00

11/18/19 #14640 $255.85

12/10/2019 08:10 am  
Company:00020

Exchange Avenue Production Co.  
Reconcile - List Outstanding Checks and Deposits  
Bank: D  DIP Frost Bank   G/L Acct:1004  
Reconcile Bank Statement - 11/01/2019 thru 11/30/2019

Page

|  | Number | Amount |
|---|---|---|
| Balance per Bank Statement: |  | 422,111.99 |
| (+) Outstanding Deposits: | 0 | 0.00 |
| (-) Outstanding Checks: | 2 | 632.82 |
| Amount that Should Equal General Ledger: |  | 421,479.17 |
|  |  |  |
| Actual Balance per General Ledger: |  | 421,479.17 |
| OUT OF BALANCE BY: |  | 0.00 |

Outstanding Deposits:

| Date | Amount | Description |
|---|---|---|
| 0   TOTAL | 0.00 |  |

Outstanding Checks:

| Check# | Date | Amount | Src | Payee# | Payee Name |
|---|---|---|---|---|---|
| 14641 | 11/25/2019 | 234.82 | A | 3025 | TXU ENERGY |
| 14642 | 11/25/2019 | 398.00 | A | 3318 | METLIFE |
| 2 | TOTAL | 632.82 |  |  |  |

**COMMUNITY NATIONAL BANK & TRUST OF TEXAS**

Banker 24
Access your account 24 hours a day
872-BANK

FDIC

P.O. Box 624 • Corsicana, TX 75151-0624 • (903) 654-4500 • www.mycommunitybanktexas.com

Page 1

| Certificate | Tax ID | Date | Balance |
|---|---|---|---|
| 0573 | On File | 11/06/2019 | 26,220.94 |

```
Certificate of Deposit
Maturity Notice
Automatically Renewable

Maturing on         11/19/2019
Term                12 Months
Next Maturity       11/19/2020
Next Earning        11/19/2020
For new rate and to ask
us about bonus points
phone us at 817-599-4321
on or after         11/19/2019
Period Earnings         233.88
Added to this account
Earnings Paid YTD       233.88
```

EXCHANGE AVENUE PRODUCTION CO
310 MOCKINGBIRD LN
WEATHERFORD TX 76086-6012